ARNOLD & PORTER LLP
Paul Alexander (C.S.B. #49997)
Amy Bomse (C.S.B. #218669)
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone: (650) 798-2921
Fax: (650) 798-2999
E-Mail: Paul.Alexander@aporter.com
E-Mail: Amy.Bomse@aporter.com

ARNOLD & PORTER LLP
Andrew Patterson (C.S.B. #267989)
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4118
Fax: (213) 243-4199
E-Mail: Andrew.Patterson@aporter.com

CENTRAL CALIFORNIA LEGAL SERVICES, INC.
Chris A. Schneider, Sr. (C.S.B.#123627)
Christina Skaf Hathaway (C.S.B.#258690)
Naureen Nalia (C.S.B.#276426)
Telephone: (559) 570-1214
E-Mail: chris@centralcallegal.org
E-Mail: chathaway@centralcallegal.org
E-Mail: nnalia@centralcallegal.org

Attorneys for Plaintiff Felix Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Felix Hernandez,<br><br>               Plaintiff,<br><br>    vs.<br><br>City of Fresno, Ashley Swearengin, Mark Scott, Bruce Rudd, Greg Barfield, Jerry Dyer, Phillip Weathers, Malcolm Dougherty, and DOES 1-100, inclusive,<br><br>               Defendants. | Case No.<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE [LOCAL RULE 123]** |

Pursuant to Local Rule 123, Plaintiff, by and through his attorneys, hereby provides notice of related coordinated cases currently pending in the Eastern District of California. This case is related to the lead coordinated case of *Sanchez v. City of Fresno, et al.*, Case No. 1:12-cv-00428-

LJO-SKO, and all cases coordinated under *Sanchez*. This case involves similar questions of law and fact and would entail substantial duplication of labor if heard by different judges.

Plaintiff's complaint asserts he is a homeless resident of Fresno and defendants destroyed his property in violation of his legal and constitutional rights, as in the cases coordinated under *Sanchez*. Thus, Plaintiff's case involves similar questions of law and fact to the coordinated *Sanchez* cases, and would entail substantial duplication of labor if heard by different judges.

Based on the foregoing, Plaintiff respectfully submits that the present action qualifies as a related case.

Dated: July 16, 2012                               ARNOLD & PORTER

By:  /s/ Paul Alexander
     Paul Alexander (C.S.B. #49997)
     Amy Bomse (C.S.B. #218669)
     Andrew Patterson (C.S.B. #267989)
     ARNOLD & PORTER LLP
     777 South Figueroa Street, Forty-Fourth Floor
     Los Angeles, CA 90017-5844
     Telephone:  (213) 243-411
     Fax:  (213) 243-419
     E-Mail:  Paul.Alexander@aporter.com
     E-Mail:  Amy.Bomse@aporter.com
     E-Mail:  Andrew.Patterson@aporter.com

     Attorneys for Plaintiff Felix Hernandez